FILED ON 2/9/2011
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:98-CR-68-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING LEAVE |
| v. | ) | TO DESTROY EVIDENCE |
| | ) | |
| GLENN CARSON MOORE | ) | |

This matter having come before the Court on the United States' motion for leave to destroy certain evidence and for good cause shown, IT IS HEREBY ORDERED that the United States Attorney's Office for the Eastern District of North Carolina is authorized to retrieve and destroy all of the exhibits and trial evidence in the above-captioned matter. The Court is aware that such evidence is currently in the custody and control of the United States Clerk's Office for the Eastern District of North Carolina, and directs the two offices to work together to facilitate the destruction of the trial evidence.

SO ORDERED, this __8__ day of __February__, 2011.

_____
HONORABLE TERRENCE W. BOYLE+
UNITED STATES DISTRICT JUDGE